## (September 20, 1974)

■ In the Matter of MORRIS TURETZKY for Reinstatement as an Attorney and Counselor at Law.— Report of Committee on Character and Fitness, to which petitioner's application was referred, approved. Application granted and petitioner reinstated as an attorney and counselor at law upon taking the appropriate oath. Hehlihy, P. J., Staley, Jr., Sweeney, Kane and Main, JJ., concur.

## (September 26, 1974)

■ In the Matter of JAMES BARNES, Appellant, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Appeal from a judgment of the Supreme Court at Special Term, entered May 23, 1974 in Clinton County, which dismissed, without a hearing, petitioner's application in a proceeding pursuant to CPLR article 78. Special Term correctly dismissed the petition on the ground that there was no indication that petitioner had taken his grievance to the Commissioner of Correction and thus had not exhausted his possible administrative remedies (CPLR 7801, subd. 1). As did Special Term, we do not reach the merits of petitioner's petition. Judgment affirmed, without costs. Herlihy, P. J., Cooke, Kane, Main and Reynolds, JJ., concur.